IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PEDRO LICHTINGER, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| WOOL LABS, LLC, | : | |
| Defendant | : | NO.   14-01083 |

## DEFAULT NOTICE

April 30, 2014

A review of the court's records shows that the defendant has failed to file a pleading in the above-captioned action in response to plaintiff's Complaint.[1]

If plaintiff fails to take action to enter default against the defendant pursuant to Rule 55 of the Federal Rules of Civil Procedure by May 8, 2014, the Court may enter an Order dismissing plaintiff's Complaint against the above-named defendant for lack of prosecution.

BY:

/s/ Patricia A. Cardella
PATRICIA A. CARDELLA
Civil Deputy Clerk to
Judge Lawrence F. Stengel
Phone: (267) 299-7761
Fax #: (267) 299-5068

---

[1] This Default Notice does not address the effectiveness of service pursuant to Rule 4 of the Federal Rules of Civil Procedure.